FRANK FRONCKOWIAK, as Executor of KATARZYNA KARALUS, Deceased, Appellant, *v.* JOHN PLATEK, as Administrator of the Estate of BARTHOLOMEW KARALUS, Deceased, Respondent.

*Fronckowiak* v. *Platek*, 153 App. Div. 938, affirmed. (Argued May 13, 1913; decided June 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered December 4, 1912, affirming a judgment in favor of defendant entered upon the report of a referee appointed pursuant to section 2718 of the Code of Civil Procedure to determine a rejected claim against the estate of defendant's intestate.

*John T. Ryan* for appellant.

*George E. Pierce* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.